UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ALL ITEMS LISTED AND DESCRIBED
IN "EXHIBIT A,"

      Defendants *In Rem*.

_____/

## **VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

The United States of America, through the undersigned Assistant United States Attorney, brings this complaint for forfeiture *in rem* and alleges the following:

## **NATURE OF THE ACTION**

1.    This is a civil forfeiture action *in rem*, pursuant to 21 U.S.C. § 334 and the procedures set forth in in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and the Federal Rules of Civil Procedure, to seize, condemn, and forfeit items listed and described in "Exhibit A" attached hereto ("Defendant Articles"), which are adulterated food articles held at the business premises of Lyden Spice Corp., 3675 NW 71st Street, Miami, Florida, in violation of the Federal Food, Drug, and Cosmetic Act (the "Act"), 21 U.S.C. §§ 301 *et seq.*

## **JURISDICTION AND VENUE**

2.    This Court has jurisdiction over this subject matter. *See* 28 U.S.C. §§ 1345, 1355; 21 U.S.C. § 334(a)(1).

3.    This Court has *in rem* jurisdiction over the Defendant Articles. *See* 28 U.S.C.

§§ 1345, 1355(a); 21 U.S.C. § 334(a)(1).

4.      Venue is proper in the Southern District of Florida because the acts or omissions giving rise to the forfeiture occurred in this District, and the Defendant Articles are located in this District. *See* 28 U.S.C. §§ 1355(b)(1), 1395(b); 21 U.S.C. § 334(a)(1).

## FACTUAL ALLEGATIONS

5.      Lyden Spice Corp. ("Lyden Spice"), a Florida corporation established in 2014, maintains a warehouse located at 3675 NW 71st Street, Miami, Florida, where it receives, stores, and distributes food products that include bulk ready-to-eat spices and food additives.

6.      Lyden Spice's warehouse currently contains the Defendant Articles, which consist in whole or in part of food products that were shipped in interstate commerce from outside the state of Florida.

7.      Since early February 2021, Lyden Spice has been prohibited from selling its food products, which constitute the Defendant Articles, by the Florida Department of Agriculture and Consumer Services.

8.      Between on or about March 29 and May 3, 2021, investigators from the United States Food and Drug Administration (the "FDA") conducted an inspection of Lyden Spice's warehouse.  During that inspection, FDA investigators found evidence of rodent and other pest activity throughout the warehouse's food storage areas.

9.      FDA investigators took photographs on or about March 29, 2021, during the inspection, which include the below images that show a live rodent along with other debris and a dead rodent:





10.   Laboratory analyses of samples collected from Lyden Spice's warehouse on or about March 29, 2021, confirmed the presence of insects, rodent excreta pellets, rodent hairs, rodent gnawing, and urea (a component of urine).

11.   On or about March 31, 2021, the FDA held a regulatory meeting to convey its concerns about the widespread, active rodent activity to Lyden Spice's management. At the meeting, Lyden Spice stated that it would sanitize and maintain its facility, submit a reconditioning proposal to FDA, and submit evidence of destruction for those products that could not be reconditioned. As of May 10, 2021, the company had not submitted a reconditioning proposal or evidence of destruction to FDA.

12.     On or about May 10, 2021, following the close of the March – May 2021 inspection, the FDA held a call with Lyden Spice's management to again explain its concerns over widespread rodent infestation and the ready-to-eat food products being held under insanitary conditions in Lyden Spice's warehouse, and to determine the company's plan to remediate the issues.

13.     On or about May 12, 2021, Lyden Spice sent an e-mail to the FDA identifying proposed corrective actions; however, the proposal failed to address all violations documented by the FDA investigators during the March – May 2021 inspection,   and the corrections that were described were inadequate.

14.     Between on or about June 8 and 28, 2021, FDA investigators conducted a second inspection of Lyden Spice's warehouse. During the inspection, the FDA investigators again observed dead rodents in the food storage area and evidence of widespread rodent infestation throughout the facility, including rodent excreta pellets too numerous to count on and around stacked pallets with containers of food product; several containers of food that had been gnawed by rodents; food bagging with stains characteristic of rodent urine; and rodent nesting material between food pallets.

15.     FDA investigators also observed live and dead insects on food packaging, as well as apparent bird droppings in the food storage area.  They also noted building flaws, such as open bay doors, tall grass, debris, and food spillage in the immediate vicinity of the access points to the building, which can serve as breeding grounds for pests.

16.     FDA investigators took photographs on or about June 8, 2021, during the inspection, which include the below images that show apparent rodent fecal materials, hairs, dead rodents, and other debris:

4







17.     Laboratory analyses of samples collected from Lyden Spice's warehouse on or about June 23, 2021, confirmed the presence of insects, rodent excreta pellets, rodent hairs, rodent gnawing, and urea (a component of urine).

## BASIS FOR FORFEITURE

18.     Pursuant to 21 U.S.C. § 334(a), "[a]ny article of food, drug, or cosmetic that is adulterated or misbranded when introduced into or while in interstate commerce or while held for sale (whether or not the first sale) after shipment in interstate commerce, . . . shall be liable to be proceeded against while in interstate commerce, or at any time thereafter, on libel of information and condemned in any district court of the United States or United States court of a Territory within the jurisdiction of which the article is found."

19.     Pursuant to 21 U.S.C. § 321(f), "[t]he term "food" means (1) articles used for food or drink for man or other animals, (2) chewing gum, and (3) articles used for components of any such article."

20.     Pursuant to 21 U.S.C. § 342(a)(4), "[a] food shall be deemed to be adulterated— . . . if it has been prepared, packed, or held under insanitary conditions whereby it may have become contaminated with filth, or whereby it may have been rendered injurious to health[.]"

21.     Pursuant to 21 U.S.C. § 331(a), "[t]he introduction or delivery for introduction into interstate commerce of any food, drug, device, tobacco product, or cosmetic that is adulterated or misbranded . . . " is prohibited.

## CLAIM FOR RELIEF
### (21 U.S.C. § 334)

22.     The factual allegations in paragraphs 1 to 21 are re-alleged and incorporated by reference herein.

23.     The Defendant Articles are food articles within the meaning of the Act, 21 U.S.C.

§ 321(f), that may not be introduced or delivered for introduction into interstate commerce pursuant to 21 U.S.C. § 331(a) because they are adulterated within the meaning of 21 U.S.C. § 342(a)(4).

24.     The Defendant Articles were adulterated while held for sale after shipment of one or more of their components in interstate commerce, within the meaning of the Act, 21 U.S.C. § 342(a)(4), in that they have been prepared, packed, or held under insanitary conditions whereby they may have become contaminated with filth.

25.     Based on the foregoing, the Defendant Articles are subject to seizure, condemnation, and forfeiture, pursuant to 21 U.S.C. § 334.

WHEREFORE, the United States requests that a warrant of arrest for the Defendant Articles be issued; that notice be given to all persons who reasonably appear to be potential claimants of the Defendant Articles; that the Defendant Articles be condemned and forfeited to the United States; that the Defendant Articles be disposed of according to law; and that the United States be granted such other and further relief as this Court may deem just and proper, together with costs and disbursements in this action.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _____
Joshua Paster
Court ID No. A5502616
Assistant United States Attorney
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9342
Facsimile: (305) 536-4089
joshua.paster@usdoj.gov
*Counsel for United States of America*

# EXHIBIT A

## TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

All articles of food labeled or unlabeled, in any size or type container (cloth, paper, plastic, or cardboard containers, or any containers other than glass and cans) located **anywhere on the business premises of Lyden Spice Corp., 3675 NW 71st Street, Miami, FL 33147**, including but not limited to:

1. 13,278/50-pound permeable double layer brown paper bags, more or less, of an article of food

   Labeled in part:

   (Bag)

   "*** MONOSODIUM GLUTAMATE (99% UP) *** NET WEIGHT: 50 LBS *** BATCH NO.: 201009 *** PRODUCTION DATE: 20201125 *** EXPIRY DATE: 20231124 *** ORIGIN: MALAYSIA***"

   (Bag)

   "*** Packaged For: *** Lyden Spice Corp. *** 3221 E. 11th Ave *** Hialeah, FL 33013 *** Product Name: *** Monosodium Glutamate *** (Medium Crystal) *** Lot Number: *** 190505 *** Production date: *** May 5, 2019 *** Expiration Date: *** May 4, 2022 *** Net Weight: *** 50LBS *** Country of Origin: *** Indonesia ***"

2. 145/55-pound permeable brown paper bags, more or less, of an article of food

   Labeled in part:

   (Bag)

   "*** Packed For: *** LYDEN SPICE CORP. *** 3675 NW 71st St *** Miami, FL 33147 *** Product name: Red Chili Crushed *** Lot Number: 27042020 *** Production Date: 04/2020 *** Weight: 25KGS NETT *** Country of Origin: INDIA ***"

3. 440/55-pound permeable woven polyethylene bags, more or less, of an article of food

   Labeled in part:

   (Bag)

   "*** Packed for: Lyden spice corp *** 3221 E11th Ave, Hialeah, *** FL 33013 *** Product name: Natural Sesame *** Seeds - lot no 53201920 *** Wt: 25kgs *** Country of origin: India *** ETO Treated ***"

   (Bag)

   "*** Packed For: *** LYDEN SPICE CORP. *** 3675 NW 71st St *** Miami, FL 33147 *** Product name: Natural sesame seeds *** LOT Number: 25112019 *** Production Date: 25-11-2019 *** Weight: 25 kg net *** Country of Origin: India ***"

1

4. 300/44-pound cardboard boxes, more or less, of an article of food

   Labeled in part:

   (Cardboard Box)

   "***Product name: White Onion Chopped *** LOT Number: 201192 *** Production Date: November 2020 *** Weight: 20 KGS *** Country of Origin: INDIA*** Packed For: *** LYDEN SPICE CORP. *** 3675 NW 71st St Miami, FL 33147 ***"

5. 669/55-pound cardboard boxes, more or less, of an article of food

   Labeled in part:

   (Cardboard Box)

   "*** Packed For: LYDEN SPICE CORP. *** 3675 NW 71st St *** Miami, FL 33147 *** Product name: Indonesian Cinnamon Cut 7 cm *** LOT Number: 122 *** Production Date: July 2020 *** Weight: 25 kg *** Country of Origin: Indonesia ***"

6. 440/55-pound blue plastic bag, more or less, of an article of food

   Labeled in part:

   (Bag)

   "*** PACKED FOR: *** LYDEN SPICE CORP. *** 3675 NW 71ST ST *** MIAMI, FL 33147 *** PRODUCT NAME: *** VIETNAM BLACK PEPPER *** WHOLE GOLDEN *** DRAGON US HTST *** LOT NUMBER: 31922 *** PRODUCTION DATE: SEP/2020 *** WEIGHT: 25 KGS *** COUNTRY OF ORIGIN: VIETNAM *** 01 1 690 001 *** Serial number: 421 ***"

7. 255/110-pound permeable burlap bags, more or less, of an article of food

   Labeled in part:

   (Bag)

   "*** Packed For: *** LYDEN SPICE CORP. *** 3675 NW 71ST ST *** MIAMI, FL 33147 *** Product name: CLOVES *** LOT Number:037 *** Production Date: JANUARY 2020 *** Weight: 50 KG *** Country of Origin: INDONESIA ***"

8. 64/50-pound cardboard boxes, more or less, of an article of food

   Labeled in part:

   (Cardboard Box)

   "*** Packed For: *** LYDEN SPICE CORP. *** 3221 E11th Ave *** Hialeah, FL 33013 *** Product Name: Cinnamon Quills 3 Inches *** Weight:22.68 Kgs *** Country of Origin: Sri Lanka ***"

9. 160/50-pound cardboard boxes, more or less, of an article of food

Labeled in part:

(Cardboard Box)

"*** Product Description: Garlic Powder *** Production Batch Code: SD18270 *** Country of Origin: China *** Net Weight: 50LBS (25LBS x 2) ***"

10. 360/55-pound cardboard boxes, more or less, of an article of food

Labeled in part:

(Cardboard Box)

"*** Garlic Powder *** 80-100 Mesh *** 25KG *** Made In China ***"

11. 153/55-pound Cases/Bags, more or less, of an article of food, specifically, Anise Seeds (labeled or unlabeled)

12. 400/55-pound Cases/Bags, more or less, of an article of food, specifically, Annatto Seeds (labeled or unlabeled)

13. 84/110-pound Cases/Bags, more or less, of an article of food, specifically, Bay Leaves (labeled or unlabeled)

14. 89/55-pound Cases/Bags, more or less, of an article of food, specifically, Bay Leaves Ground (labeled or unlabeled)

15. 35/44-pound Cases/Bags, more or less, of an article of food, specifically, Green Bell Pepper (labeled or unlabeled)

16. 480/55-pound Cases/Bags, more or less, of an article of food, specifically, Black Pepper (18 mesh) (labeled or unlabeled)

17. 320/55-pound Cases/Bags, more or less, of an article of food, specifically, Black Pepper (28 mesh) Grade A (labeled or unlabeled)

18. 135/55-pound Cases/Bags, more or less, of an article of food, specifically, Black Pepper (ground) (labeled or unlabeled)

19. 80/55-pound Cases/Bags, more or less, of an article of food, specifically, Caraway Ground (labeled or unlabeled)

20. 45/55-pound Cases/Bags, more or less, of an article of food, specifically, Caraway Seeds (labeled or unlabeled)

21. 25/26-pound Cases/Bags, more or less, of an article of food, specifically, Chamomile Flower (labeled or unlabeled)

22. 280/50-pound Cases/Bags, more or less, of an article of food, specifically, Cinnamon Sticks 5" (labeled or unlabeled)

23. 889/44-pound Cases/Bags, more or less, of an article of food, specifically, Cinnamon Sticks NEW 20 KG Vietnam (labeled or unlabeled)

24. 800/50-pound Cases/Bags, more or less, of an article of food, specifically, Paprika Powder 85 ASTA (labeled or unlabeled)

25. 360/55-pound Cases/Bags, more or less, of an article of food, specifically, Paprika Powder 120 ASTA (labeled or unlabeled)

26. 874/50-pound Cases/Bags, more or less, of an article of food, specifically, Citric Acid (Fine) (labeled or unlabeled)

27. 120/55-pound Cases/Bags, more or less, of an article of food, specifically, Coriander Seeds 25 kg (labeled or unlabeled)

28. 495/55-pound Cases/Bags, more or less, of an article of food, specifically, Cumin Whole (labeled or unlabeled)

29. 485/55-pound Cases/Bags, more or less, of an article of food, specifically, Cumin Ground White Bags (labeled or unlabeled)

30. 440/55-pound Cases/Bags, more or less, of an article of food, specifically, Cumin Ground Brown Bags (labeled or unlabeled)

31. 15/55-pound Cases/Bags, more or less, of an article of food, specifically, Fennel Seeds (labeled or unlabeled)

32. 850/30-pound Cases/Bags, more or less, of an article of food, specifically, Agglomerated Garlic (labeled or unlabeled)

33. 320/55-pound Cases/Bags, more or less, of an article of food, specifically, Minced Garlic (8-16) 25KG (labeled or unlabeled)

34. 204/50-pound Cases/Bags, more or less, of an article of food, specifically, Minced Garlic (8-16) 5X10 (labeled or unlabeled)

35. 240/55-pound Cases/Bags, more or less, of an article of food, specifically, Granulated Garlic 40-60 (labeled or unlabeled)

36. 480/50-pound Cases/Bags, more or less, of an article of food, specifically, Granulated Garlic 40-60 Bags (labeled or unlabeled)

37. 40/50-pound Cases/Bags, more or less, of an article of food, specifically, Granulated Garlic 40-60 5x10 (labeled or unlabeled)

38. 72/44-pound Cases/Bags, more or less, of an article of food, specifically, Ginger Powder (labeled or unlabeled)

39. 499/55-pound Cases/Bags, more or less, of an article of food, specifically, Ginger Powder (labeled or unlabeled),

4

40. 48/110-pound Cases/Bags, more or less, of an article of food, specifically, Nutmeg Whole (labeled or unlabeled)

41. 20/55-pound Cases/Bags, more or less, of an article of food, specifically, Nutmeg Powder (labeled or unlabeled)

42. 55/33-pound Cases/Bags, more or less, of an article of food, specifically, Oregano Whole (labeled or unlabeled)

43. 97/55-pound Cases/Bags, more or less, of an article of food, specifically, Oregano Ground (labeled or unlabeled)

44. 28/33-pound Cases/Bags, more or less, of an article of food, specifically, Oregano Leaves (labeled or unlabeled)

45. 60/55-pound Cases/Bags, more or less, of an article of food, specifically, Rosemary (labeled or unlabeled)

46. 67/55-pound Cases/Bags, more or less, of an article of food, specifically, Thyme (labeled or unlabeled)

47. 320/55-pound Cases/Bags, more or less, of an article of food, specifically, Pumpkin Seeds (labeled or unlabeled)

48. 17/55-pound Cases/Bags, more or less, of an article of food, specifically, Sesame Seeds (Hulled) (labeled or unlabeled)

49. 192/55-pound Cases/Bags, more or less, of an article of food, specifically, Sodium Benzoate (labeled or unlabeled)

50. 1,120/55-pound Cases/Bags, more or less, of an article of food, specifically, Turmeric Ground (labeled or unlabeled)

51. 102/55-pound Cases/Bags, more or less, of an article of food, specifically, Tricalcium Phosphate (labeled or unlabeled)

52. 160/55-pound Cases/Bags, more or less, of an article of food, specifically, White Pepper Whole (labeled or unlabeled)

53. All other articles of food labeled or unlabeled, in any size or type container (cloth, paper, plastic, or cardboard containers, or any containers other than glass and cans) located anywhere on the business premises of Lyden Spice Corp., 3675 NW 71st Street, Miami, FL 33147.

## **VERIFICATION**

I, Beira Montalvo, Compliance Officer for the United States Food and Drug Administration, U.S. Department of Health and Human Services, declare under penalty of perjury that I have read the foregoing Verified Complaint for Forfeiture *In Rem* in this action and state that the allegations it contains are true and correct.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, as well as my investigation of this case, together with others, as a Compliance Officer, Office of Human and Animal Food Division East 4, United States Food and Drug Administration.

Executed on the _7_ day of _September_ 2021, in Boca Raton, FL.

Beira Montalvo
Compliance Officer
United States Food and Drug Administration
U.S. Department of Health and Human Services