UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ALL ITEMS LISTED AND DESCRIBED
IN "EXHIBIT A,"

      Defendants *In Rem*.

_____/

### APPLICATION FOR WARRANT OF ARREST *IN REM*

      The United States of America, through the undersigned Assistant U.S. Attorney, respectfully requests that this Court issue the attached Warrant of Arrest *In Rem* pursuant to Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. In support of its application, the Government states:

      1.    On September 8, 2021, the United States filed a verified complaint for civil forfeiture *in rem* in the above-referenced case. The complaint seeks the forfeiture of all food articles (except those held in glass containers or cans) located anywhere on the business premises of Lyden Spice Corp, located at 3675 NW 71st Street, Miami, FL 33147, and further described in Exhibit A attached to the Verified Complaint (the "Defendant Articles").

      2.    The Defendant Articles are not presently in the possession, custody or control of the United States and is not presently subject to any judicial restraining order.

      3.    Supplemental Rule G(3)(b)(ii) provides that if property is subject to forfeiture in a civil forfeiture case, and the property is not in the Government's possession, custody or control and is not subject to a judicial restraining order, the Court, on a finding of probable cause, must

issue a warrant to arrest the property.

4. The facts supporting a finding of probable cause to believe the Defendant Articles are adulterated under the Act and therefore subject to seizure, condemnation, and forfeiture to the United States pursuant to 21 U.S.C. § 334 are set forth in the Verified Complaint, which is incorporated herein.

WHEREFORE, the United States respectfully requests that the Court find that there is probable cause to believe that the Defendant Articles are subject to forfeiture, and issue the proposed warrant of arrest *in rem* directing the U.S. Marshals or any other duly law enforcement agency to seize the defendant property.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:_____
Joshua Paster
Court ID No. A5502616
Assistant United States Attorney
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9342
Facsimile: (305) 536-4089
joshua.paster@usdoj.gov
*Counsel for United States of America*