UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ALL ITEMS LISTED AND DESCRIBED
IN "EXHIBIT A,"

      Defendants *In Rem*.

_____/

## CIVIL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?      ___ Yes  X No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  _ _ Yes  X No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?      ___ Yes  X No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:    */s/ Joshua Paster*_____
       Joshua Paster
       Assistant United States Attorney
       Court ID No. A5502616
       99 N.E. 4th Street, 7th Floor
       Miami FL, 33132-2111
       Telephone: (305) 961-9342
       E-mail: Joshua.Paster@usdoj.gov