UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-23232-CIV-GAYLES

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ALL ITEMS LISTED AND DESCRIBED
IN "EXHIBIT A,"

      Defendants *In Rem*.

_____/

## WARRANT FOR ARREST *IN REM*

**TO: THE UNITED STATES MARSHALS SERVICE, OR ANY OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER OR EMPLOYEE FOR THE SOUTHERN DISTRICT OF FLORIDA**

**WHEREAS**, a Verified Complaint for Forfeiture *In Rem* ("Verified Complaint") was filed in this Court on or about September 8, 2021, by the United States of America, alleging that all food articles (except those held in glass containers or cans) located anywhere on the business premises of Lyden Spice Corp, located at 3675 NW 71st Street, Miami, FL 33147, and further described in Exhibit A attached to the Verified Complaint (the "Defendant Articles") are adulterated under the Federal Food, Drug, and Cosmetic Act ("Act"), 21 U.S.C. § 301 *et seq.* and subject to seizure, condemnation, and forfeiture to the United States of America, pursuant to 21 U.S.C. § 334; and

**WHEREAS,** the Defendant Articles are not in the government's possession, custody, or control, and are not subject to a judicial restraining order;

**WHEREAS,** under Rule G(3)(b)(ii) Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), the Court "on finding probable

cause—must issue a warrant to arrest the property if it is not in the government's possession, custody, or control and is not subject to a judicial restraining order;" and

**WHEREAS**, the Court finds that, based upon the Verified Complaint, there is probable cause that the Defendant Articles are adulterated under the Act and therefore subject to seizure, condemnation, and forfeiture to the United States pursuant to 21 U.S.C. § 334;

**THEREFORE, YOU ARE HEREBY COMMANDED**, pursuant to Rule G(3)(c) of the Supplemental Rules, to arrest and seize the Defendant Articles. You and other personnel that you deem necessary are specifically authorized by this Court to enter the entire premises located at 3675 NW 71st Street, Miami, FL, so as to locate, identify, and seize the Defendant Articles that are the subject of this action, and in your discretion, use whatever means appropriate to maintain the Defendant Articles, and detain them in your custody or otherwise, including seizure in place or in the custody of an authorized agency, until further order of this Court. You are also authorized and directed to take all necessary actions, including but not limited to, the United States Marshals Service's use of reasonable force to effectuate entry to the above-named premises, including the land and buildings located there;

**YOU ARE FURTHER COMMANDED** to serve a copy of this Warrant, together with the Verified Complaint, on Lyden Spice Corp, 3675 NW 71st Street, Miami, FL 33147; and

**YOU ARE FURTHER COMMANDED**, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals who received copies of this matter and the manner employed.

Dated this 28th day of September, 2021.

HON. DARRIN GAYLES
UNITED STATES DISTRICT JUDGE

cc: Joshua Paster, Assistant U.S. Attorney (2 certified copies)

## RETURN OF SERVICE

I hereby certify that I executed this warrant by serving _____

by _____

on the \_\_\_\_\_ day of _____, 2021.

_____
U.S. Deputy Marshal
Or other person serving warrant